FILED BY _ _ _ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 14 PM 1: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

|  |  |  |
|---|---|---|
| CHRISTINE LEWIS, | X X X | |
| Plaintiff, | X X | |
| vs. | X X | No. 05-2178-D/P |
| MID-SOUTH TRANSPORTATION MANAGEMENT, INC., et al., | X X X | |
| Defendant. | X X X | |

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS
ORDER CORRECTING THE DOCKET
ORDER DENYING APPOINTMENT OF COUNSEL
AND
ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

Plaintiff Christine Lewis filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., on March 7, 2005, along with a motion seeking leave to proceed in forma pauperis. The Court issued an order on May 11, 2005 that, inter alia, granted leave to proceed in forma pauperis, directed the Clerk to correct the docket to reflect the correct legal names of the two defendants, and directed the Clerk to issue process for the defendants and the marshal to effect service.

It appears that the Clerk and the marshal have not properly followed the instructions in the May 11, 2005 order. For reasons that are not clear, the Clerk did not issue a summons until September 15, 2005, more than four months after the issuance of the order, and that summons was addressed to MTM-MATA rather than to

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-15-05_

the two defendants identified in the May 11, 2005 order. It also is not clear whether the summons was ever delivered to the marshal for service. Whether or not the marshal received the summons, no return of service was ever filed.

The Clerk is ORDERED, for the second time, to correct the docket, as specified in the May 11, 2005 order, to reflect the correct legal names of the two defendants. The Clerk shall also, forthwith, issue process for the defendants and deliver said process to the marshal for service. Service shall be made on the defendants pursuant to Fed. R. Civ. P. 4(h)(1). Service on the defendants shall include a copy of this order. All costs of service shall be advanced by the United States.

IT IS SO ORDERED this __14__ day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02178 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Christine Lewis
1857 Rugby Place
Memphis, TN 38127

Honorable Bernice Donald
US DISTRICT COURT