IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 PM 1:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CHRISTINE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2178-D/P |
| ) | |
| MID-SOUTH TRANSPORTATION ) | |
| MANAGEMENT, INC. et al. ) | |
| ) | |
| Defendant. ) | |

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a Scheduling Conference was held on December 8, 2005. Present were Christine Lewis, Pro Se Plaintiff and Pamela R. Irons, counsel for Defendant. The following dates were established as the final dates for:

| | |
|---|---|
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | December 27, 2005 |
| Joining Parties: | February 13, 2006 |
| Amending Pleadings: | February 28, 2006 |
| Initial Motion to Dismiss: | March 13, 2006 |
| Completing all Discovery: | November 21, 2006 |
| (a)   Interrogatories, Document Production, Requests for Admissions and Depositions: | November 21, 2006 |
| (b) Expert Witness Disclosure (Rule 26): | |
| (1)   Disclosure of Plaintiff's Rule 26 Expert Information: | August 21, 2006 |
| (2)   Disclosure of Defendant's Rule 26 Expert Information: | September 21, 2006 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/12/05



   (3)  Expert Witness Depositions:     November 21, 2006

Filing Dispositive Motions:            January 22, 2007

Other Relevant Matters:

No depositions may be scheduled to occur after the discovery cutoff date without leave of Court. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default or the service of the response, answer or objection occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

This case is set for ~~jury~~ non-jury (TMP) trial. The parties anticipate that trial of this matter will last 3-4 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The parties have not consented to trial before the magistrate judge.

The possibility of settlement at this time appears to be unknown. The parties will jointly advise the Court on or before November 22, 2006 in a pleading to be filed in the same manner as other pleadings as to whether or not an agreement has been reached to utilize mediation. Any mediation must be completed on or before ten (10) days before the final pretrial conference; and the parties shall notify the Court of the results. Any decision to utilize mediation will not alter the deadlines established by this scheduling order.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED, on this 8 day of December 2005.

~~BERNICE B. DONALD~~ Tu M. Phan
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
DATE:_____

APPROVED AS TO FORM:

By:_____
Christine Lewis
1857 Rugby Place
Memphis, TN 38127

PRO SE PLAINTIFF

By:_____
James H. Stock, Jr., BPR # 9262
Pamela R. Irons, BPR # 23707
WEINTRAUB, STOCK & GRISHAM
Renaissance Center
1715 Aaron Brenner Suite 512
Memphis, TN 38120
(901) 526-0431

COUNSEL FOR DEFENDANT
Mid-South Transportation Management, Inc.

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02178 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Pamela R Irons
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Christine Lewis
1857 Rugby Place
Memphis, TN 38127

Honorable Bernice Donald
US DISTRICT COURT